Maverick A. Young
1001 E 62nd Ave
Apt. 1695
Denver, CO 80216

Honorable Judge
United States District Court
Denver, CO

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*1:30 pm, Nov 27, 2023*
**JEFFREY P. COLWELL, CLERK**

Re: Complaint Against UC Health and Centura Health for Violation of Civil and State Rights

Dear Honorable Judge,

I hope this message finds you in good health. I am writing to file a formal complaint with the United States District Court against UC Health and Centura Health. This complaint concerns their alleged conspiracy to deny treatment to a patient who has post-traumatic stress disorder (PTSD) and permitting this patient's discharge despite their ongoing psychological distress. These actions violate multiple civil and state rights, particularly regarding equal healthcare access.

Parties Involved:

Plaintiff: Maverick A. Young
Defendant 1: UC Health
Defendant 2: Centura Health

Statement of the Case:

The plaintiff, Maverick Young, is an individual who has been diagnosed with post-traumatic stress disorder (PTSD) as a result of past traumatic experiences, including childhood trauma. The plaintiff sought medical attention and care from UC Health and Centura Health, two prominent healthcare providers in our jurisdiction, to address the distressing symptoms and psychological challenges associated with PTSD.

Allegations:

Conspiracy to Deny Treatment: It is alleged that UC Health and Centura Health conspired to deny the plaintiff the necessary and appropriate treatment for their PTSD. This alleged conspiracy has resulted in the plaintiff not receiving adequate care and support for their mental health condition.

Knowingly Permitting Discharge: Despite being aware of the plaintiff's ongoing psychological distress, including vivid and distressing recollections of their childhood trauma, UC Health and Centura Health permitted the plaintiff's discharge from their healthcare facilities without adequate treatment or psychological support.

Legal Claims:

- The plaintiff alleges that UC Health and Centura Health have violated multiple civil and state rights, particularly regarding equal healthcare access. These alleged violations may include, but are not limited to:

- Violation of the Americans with Disabilities Act (ADA): Denying treatment to an individual with PTSD may constitute discrimination based on disability under the ADA.

- Violation of State Laws: The actions of UC Health and Centura Health may contravene state laws related to healthcare access, patient rights, and discrimination.

Relief Sought:

The plaintiff seeks the following relief:

1. An injunction compelling UC Health and Centura Health to provide appropriate and immediate treatment for the plaintiff's PTSD, as determined by qualified mental health professionals.

2. Damages for emotional distress, pain, suffering, and any additional losses incurred due to the alleged conspiracy and denial of care.

3. An investigation into the actions of UC Health and Centura Health to determine the full extent of their involvement in the alleged conspiracy.

4. Any other relief deemed just and necessary by the Court.

Conclusion:

This complaint has been filed by the laws and regulations governing civil rights and equal access to healthcare. The plaintiff respectfully requests that this matter be thoroughly examined by the United States District Court to ensure that justice is served.

Thank you for your attention to this matter. The plaintiff looks forward to a fair and just resolution by the law.

Sincerely,

Maverick A. Young
Protected Informant